424 A.2d 867

**COMMONWEALTH of Pennsylvania,**

v.

**Dennis BARNETT, Appellant.**

Supreme Court of Pennsylvania.

Argued April 25, 1980.

Decided Sept. 22, 1980.

Rehearing Denied Feb. 18, 1981.

Stephen R. Bolden, Philadelphia, for appellant.

Robert B. Lawler, Chief, Appeals Division, Ann C. Lebowitz, Asst. Dist. Atty., Philadelphia, for appellee.

Before EAGEN, C. J., and O'BRIEN, ROBERTS, NIX, LARSEN, FLAHERTY and KAUFFMAN, JJ.

## ORDER

PER CURIAM.

The Motion to Quash filed by the Commonwealth in the appeal docketed at No. 80–3–514 is granted and appeal is quashed as being interlocutory. The order of the Court of Common Pleas dismissing appellant's Double Jeopardy claim entered August 8, 1980 (appeal docketed at January Term 1979, No. 370) is hereby affirmed.